IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANCISCO RAUL ORTEGA**                                                                      **PETITIONER**
ADC #162208

v.                              Case No: 4:24-cv-00043-LPR

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*                                      **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 11) and the Petitioner's Objections (Doc. 12). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 5th day of November 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Even if statutory tolling applied to the 12-day period from April 21, 2023 to May 3, 2023, when Petitioner's postconviction petition (pursuant to Ark. Code Ann. § 16-90-111) was pending before the trial court, the instant Petition date would still be outside of the AEDPA's one-year statute of limitations.