IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANCISCO RAUL ORTEGA**                                                                            **PETITIONER**
**ADC #162208**

v.                                    Case No: 4:24-cv-00043-LPR

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 5th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE